IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 21-0211 |
| v. | * | Criminal No. ~~RDB-20-0287~~ |
| | * | |
| JOEL WILLIAM HAMMOND | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*

## CONSENT TO FORFEITURE

In accordance with paragraph 10 of the plea agreement dated June 4, 2021, the parties agree as follows:

Specifically, but without limitation on the Government's right to forfeit all property subject to forfeiture as permitted by law, the Defendant agrees to forfeit to the United States all of the Defendant's right, title, and interest in the following items that the Defendant agrees constitute money, property, and/or assets derived from or obtained by the Defendant as a result of, or used to facilitate the commission of, the Defendant's illegal activities:

  i. $10,818 in U.S. Currency seized from the defendant;
  i. a loaded Smith and Wesson Shield .45 cal. handgun, serial number J8W3296;
  ii. an American Tactical .556 cal. handgun, serial number NJ215216;
  iii. a Kel Tec G 17/22 .22 cal. handgun, serial number FFCS23;
  iv. a Springfield .556 rifle, serial number ST230968;
  v. a Rock Island Armory .45 cal. handgun, serial number RIA1287624;
  vi. a Century Arms Inc. 9mm handgun, serial number T647218AN04138;
  vii. a loaded Glock 19x 9mm handgun, serial number BHUE346;
  viii. a loaded Sig Sauer P250 .45 cal. handgun, serial number EAK157380;
  ix. Multiple boxes of loose rounds of ammunition including but not limited to: approximately 3 rounds of unknown 9mm caliber ammunition; approximately 1 round of Colt .45 caliber ammunition; approximately two rounds of unknown 5.56 caliber ammunition; approximately four rounds of Glock 9mm caliber ammunition; approximately two rounds of M&P .45 caliber ammunition;

13

approximately 3 rounds of P-mag 7.62 caliber ammunition; approximately 1 round of P-mag 5.56 caliber ammunition; approximately 1 round of Sig Sauer 45mm caliber ammunition; approximately 1 round of unknown .45 caliber ammunition; approximately 1 round of P-mag 9mm caliber ammunition; 1 box containing approximately 200 rounds of Federal 9mm caliber ammunition; 1 box containing approximately 100 rounds of Aguila 9mm caliber ammunition; 1 box of approximately 200 rounds of Winchester 5.56 caliber ammunition; 3 boxes of approximately 60 rounds of Aguila 7.62 caliber ammunition; 2 boxes of approximately 100 rounds of Armscor .45 caliber ammunition; 1 box of approximately 20 rounds of Winchester .308 caliber ammunition; 1 box of approximately 20 rounds of Ultramax .308 caliber ammunition; 1 box of approximately 20 rounds of PMC 5.56 caliber ammunition; 1 box of approximately 20 rounds of Frontier 5.56 caliber ammunition; 1 box of approximately 15 rounds of Fiocchi .45 caliber ammunition;

all of which was seized from the Defendant on April 22, 2020.

Agreed: _____
Christopher J. Romano
Special Assistant United States Attorney

_____
Joel William Hammond
Defendant

_____
Joanna Silver, Esq.
Counsel for Defendant

Approved: 7/1/21  6/14/2021

/s/ _____
Honorable Richard D. Bennett
U.S. District Court Judge

14